# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERTO CASTILLO, JR., | |
| Petitioner, | No. 3:13-CV-1856 |
| v. | |
| JEROME WALSH, | (JUDGE CAPUTO) |
| Respondent | (MAGISTRATE JUDGE SCHWAB) |

## ORDER

**NOW** this _16_<sup>th</sup> day of August 2013, upon review of Magistrate Judge Susan E. Schwab's Report and Recommendation (Doc. 6) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 6) is **ADOPTED.**

(2) The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Eastern District of Pennsylvania for further disposition.

(3) The Clerk of Court is directed to **CLOSE** the case in this district.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge